No. 734, Misc.   WILLIAMS *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 748, Misc.   ANDREWS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Andrew P. Carter* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 789, Misc.   SHOEMAKE *v.* NASH, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 790, Misc.   BURTON *v.* DAVIS, WARDEN.   Court of Appeals of Kentucky.   Certiorari denied.

No. 798, Misc.   STAFFORD *v.* RUSSELL ET AL.   District Court of Appeal of California, Second Appellate District.   Certiorari denied.

No. 801, Misc.   LEEK *v.* MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.

No. 805, Misc.   REED *v.* BOLES, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 809, Misc.   BENTLEY *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.